1  MAYALL HURLEY P.C.
   ROBERT J. WASSERMAN (SBN: 258538)
2  rwasserman@mayallaw.com
   WILLIAM J. GORHAM (SBN: 151773)
3  wgorham@mayallaw.com
   NICHOLAS J. SCARDIGLI (SBN: 249947)
4  nscardigli@mayallaw.com
   VLADIMIR J. KOZINA (SBN: 284645)
5  vjkozina@mayallaw.com
   2453 Grand Canal Boulevard
6  Stockton, California 95207-8253
   Telephone: (209) 477-3833
7  Facsimile: (209) 473-4818

   SEYFARTH SHAW, LLP
   COLLEEN REGAN (SBN: 120284)
   cregan@seyfarth.com
   DAVID D. JACOBSON (SBN: 143369)
   djacobson@seyfarth.com
   REIKO FURUTA (SBN: 169206)
   rfuruta@seyfarth.com
   2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
   Telephone: (310) 277-7800
   Facsimile: (310) 201-5219

   *Attorneys for Defendant The Martin-Brower Company, LLC*

   ACKERMANN & TILAJEF, P.C.
   CRAIG J. ACKERMANN (SBN: 229832)
   cja@ackermanntilajef.com
   1180 South Beverly Drive, Suite 610
   Los Angeles, CA 90035
   Telephone: (310) 277-0614
   Facsimile: (310) 277-0635

   *Attorneys for Plaintiff Justin Titus and the Putative Class*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN TITUS**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**THE MARTIN-BROWER COMPANY, LLC**; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No.: 2:17-cv-00558-JAM-GGH**<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT** |

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties hereto through their counsel of |
| 2 | record that Plaintiff Justin Titus and the Putative Class shall have leave to file the accompanying |
| 3 | proposed First Amended Class Action Complaint in place of the operative class action complaint in |
| 4 | the above-captioned matter, and that defendant shall have twenty-one (21) days after service of the |
| 5 | filed First Amended Class Action Complaint within which to answer or otherwise plead in |
| 6 | response to the Amended Class Action Complaint. |

DATED: May 16, 2017        MAYALL HURLEY, P.C.

By     / s / Robert J. Wasserman
　　　ROBERT J. WASSERMAN
　　　WILLIAM J. GORHAM III
　　　NICHOLAS J. SCARDIGLI
　　　VLADIMIR J. KOZINA
　　　Attorneys for Plaintiff Justin Titus and the Putative Class

DATED: May 16, 2017        ACKERMANN & TILAJEF, P.C.

By:     / s / Craig J. Ackermann
　　　CRAIG J. ACKERMANN
　　　Attorneys for Plaintiff Justin Titus and the Putative Class

DATED: May 16, 2017        SEYFARTH SHAW, LLP

By:     / s / Colleen Regan
　　　COLLEEN REGAN
　　　DAVID D. JACOBSON
　　　REIKO FURUTA
　　　Attorneys for Defendant The Martin-Brower Company, LLC

*All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing*

# **ORDER**

The above stipulation is approved.

IT IS HEREBY ORDERED that

1. Plaintiff Justin Titus and the Putative Class shall have leave to file the attached Amended Class Action Complaint in the above-captioned matter;

2. Upon the granting of this Order, the Clerk of the Court shall accept and file the attached Amended Class Action Complaint;

3. Plaintiff Justin Titus and the Putative Class shall have 10 days from the date of entry of this Order to serve the Amended Class Action Complaint upon Defendant The Martin-Brower Company, LLC.; and

4. Defendant The Martin-Brower Company, LLC shall have 21 days from the date of service of the Amended Class Action Complaint to respond to it.

**DATED:** 5/22/2017

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE