**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN: 258538)**
rwasserman@mayallaw.com
**WILLIAM J. GORHAM (SBN: 151773)**
wgorham@mayallaw.com
**NICHOLAS J. SCARDIGLI (SBN: 249947)**
nscardigli@mayallaw.com
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone: (209) 477-3833**
**Facsimile: (209) 473-4818**

**ACKERMANN & TILAJEF, P.C.**
**Craig J. Ackermann (SBN: 229832)**
cja@ackermanntilajef.com
**1180 South Beverly Drive, Suite 610**
**Los Angeles, CA 90035**
**Telephone: (310) 277-0614**
**Facsimile: (310) 277-0635**

**Attorneys for Plaintiff Justin Titus and the Putative Class**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN TITUS, an individual,**<br><br>     Plaintiff,<br><br>vs.<br><br>**THE MARTIN-BROWER COMPANY, LLC; and DOES 1-100, inclusive,**<br><br>     Defendants. | Case No.: 2:17-cv-00558-JAM-GGH<br><br>**NOTICE OF MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     February 27, 2018<br>Time:    1:30 p.m.<br>Location: Courtroom 6, 14th Floor<br>Judge:   Hon. John A. Mendez |

**NOTICE IS HEREBY GIVEN** that, on February 27, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6 on the 14th Floor of

the United States District Court for the Eastern District of California, located at 501 I Street, Sacramento, CA 95814, before the Honorable Judge John. A Mendez, pursuant to Fed. R. Civ. P. 23(e), Plaintiff Justin Titus ("Plaintiff") individually and on behalf of all others similarly situated, will and does hereby move this Court for entry of an Order:

1.   Preliminarily certifying the Class for purposes of settlement;

2.   Preliminarily appointing Plaintiff as Class Representative for purposes of settlement;

3.   Preliminarily appointing Craig J. Ackermann, Esq. of Ackermann & Tilajef, P.C. and Robert J. Wasserman, Esq., William J. Gorham, Esq., Nicholas J. Scardigli, Esq., and Vladimir J. Kozina, Esq. of Mayall Hurley P.C. as Class Counsel for purposes of settlement;

4.   Preliminarily approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Joint Stipulation of Class Action Settlement Agreement ("Settlement Agreement"), including payment by The Martin-Brower Company, LLC ("Martin-Brower" or "Defendant") of the non-reversionary Settlement Amount ("SA") of $393,000;

5.   Preliminarily approving an Enhancement Payment of $7,500 to Plaintiff in recognition of his significant service to the Settlement Class;

6.   Preliminarily approving Plaintiffs' Counsel's request for up to 25% of the SA as attorneys' fees (i.e., up to $98,250.00), plus reimbursement of actual litigation costs up to $5,000, and, in addition, reimbursement of the payment of Plaintiff's portion of the mediation fee in the amount of $7,000;

7.   Preliminary approving a payment to the LWDA in the amount of $7,500 as its share of the settlement for civil penalties pursuant to PAGA;

8.   Appointing Atticus Administrators, LLC, as the third-party Settlement Administrator for mailing notices and for settlement administration, approving that

up to $6,000 be deducted from the Settlement Amount for the costs of settlement administration; and

    9.    Approving the proposed Notice Packet and ordering it be disseminated to the class as provided in the Settlement Agreement.

    10.    This motion is based upon the supporting Memorandum of Points and Authorities, the Declaration of Craig J. Ackermann, the Declaration of Robert J. Wasserman, the Declaration of Justin Titus, the Settlement Agreement, and all of the other Exhibits filed herewith.

**DATED:** December 14, 2017

| **ACKERMANN & TILAJEF, P.C.** | **MAYALL HULREY, P.C.** |
|---|---|
| By   */s/ Craig J. Ackermann*<br>CRAIG J. ACKERMANN<br>Counsel for Plaintiff and the Putative Class | By   */s/ Robert J. Wasserman*<br>ROBERT J. WASSERMAN<br>Counsel for Plaintiff and the Putative Class |