MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
WILLIAM J. GORHAM (SBN: 151773)
wgorham@mayallaw.com
NICHOLAS J. SCARDIGLI (SBN: 249947)
nscardigli@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

ACKERMANN & TILAJEF, P.C.
Craig J. Ackermann (SBN: 229832)
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, CA 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff Justin Titus and the Putative Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TITUS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARTIN-BROWER COMPANY, LLC; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00558-JAM-GGH<br><br>[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: February 27, 2018<br>Time: 1:30 p.m.<br>Location: Courtroom 6, 14th Floor<br>Judge: Hon. John A. Mendez |

Plaintiff's Motion for Preliminary Approval of Class Action Settlement ("Motion") came on for hearing on February 27, 2017, at 1:30 p.m., before the

honorable John A. Mendez. The Court, having fully and carefully reviewed Plaintiff's Motion, the memorandum and declarations in support thereof, the Joint Stipulation of Settlement and Release of Claims ("Settlement Agreement"), including the proposed Notice Packet, hereby makes the following determinations and orders:

1. Pursuant to Rule 23, and for purposes of settlement only, the following class is preliminarily and conditionally certified:

> All persons who have been employed by Defendant as a non-exempt truck driver at its facility in Stockton, California at any time during the period from March 15, 2013 through the date that this preliminary approval order is signed (the "Settlement Class Period").

The Class is estimated to include approximately 200 truck drivers.

2. Plaintiff Justin Titus ("Plaintiff") is preliminarily appointed as Class Representative.

3. Mayall Hurley P.C. and Ackerman & Tilajef, P.C., by and through Lead Counsel Robert J. Wasserman and Craig J. Ackermann, respectively, are hereby preliminarily approved and appointed as Class Counsel.

4. Atticus Administration, LLC is hereby appointed as the Settlement Administrator.

5. The Court grants preliminary approval of the Settlement between Plaintiff Justin Titus ("Plaintiff") and Defendant The Martin-Brower Company LLC ("Defendant"), based upon the terms set forth in the Settlement Agreement attached hereto as **Exhibit A**.

6. The Settlement Agreement appears to be fair, adequate and reasonable, and the Court preliminarily approves the terms of the Settlement Agreement, including, without limitation:

> a. A non-reversionary Settlement Amount of $393,000 for an estimated 200 current and former truck drivers of Defendant;

    b.  the Class Representative enhancement payment to the named Plaintiff of $7,500;

    c.  Court approved attorneys' fees to Class Counsel of to $98,250.00, representing 25% of the Settlement Amount;

    d.  Court approved litigation costs to Class Counsel of up to $5,000;

    e.  Fees and Costs of Settlement Administrator of up to $6,000;

    f.  Payment of $7,500 to the California Labor & Workforce Development Agency for its portion of the PAGA penalties; and

    g.  Payment of $7,000 to Class Counsel as reimbursement for their previously-paid portion of the mediation fee in this case.

  7.  The Court approves, as to form and content, the Notice of Proposed Class Action Settlement ("Notice Packet"), in substantially the form collectively attached to the Settlement Agreement as **Exhibit 1.** The Court further approves the procedure for Class Members to opt out of, and to object to, the Settlement as set forth in the Settlement Agreement and the Notice Packet.

  8.  The Court directs the mailing of the Notice Packet in accordance with the terms of the Settlement Agreement and on the schedule set forth below. The Court finds the dates selected for the mailing and distribution of the Notice Packet, as set forth below, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

  9.  The Court adopts the following dates and deadlines:

| | |
|---|---|
| Defendant to provide Class List to the Settlement Administrator. | Within 20 calendar days of the Court's Order Granting Preliminary Approval. |
| Settlement Administrator to mail Notice Packet to Class Members and establish the information only website. | Within 30 calendar days of the entry of the Order Granting Preliminary Approval. |

| Deadline for Class Members to object to, or opt out of, the Settlement. | Within 45 calendar days after mailing of Notice Packet. |
| --- | --- |
| Plaintiff to file Motion for Attorneys' Fees, Costs and Service Payment. | Not less than 35 calendar days after the mailing of the Notice Packet. |
| Deadline for Plaintiff to file Motion for Final Approval. | Not less than 10 calendar days before the Final Approval hearing. |
| Final Approval Hearing | Not less than 90 days after the Court's Order Granting Preliminary Approval |

10. A Final Approval hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative's Enhancement Payment should be finally approved as fair, reasonable and adequate as to the members of the Class is scheduled in for June 19, 2018 at 1:30 p.m.

11. The parties to the Agreement are directed to carry out their obligations under the Settlement Agreement.

Dated: February 27, 2018

_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE