MAYALL HURLEY P.C.
Robert J. Wasserman, CA Bar No. 258538
rwasserman@mayallaw.com
William J. Gorham, CA Bar No. 151773
wgorham@mayallaw.com
Nicholas J. Scardigli, CA Bar No. 249947
nscardigli@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

ACKERMANN & TILAJEF, P.C.
Craig J. Ackerman, CA Bar No. 229832
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff Justin Titus and the Settlement Class

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN TITUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MARTIN-BROWER COMPANY, LLC; and DOES 1-100 inclusive,<br><br>Defendants. | **CASE NO.: 2:17-cv-00558-JAM-GGH**<br><br>**ORDER APPROVING PROPOSED CY PRES BENEFICIARY**<br><br>Judge: Hon. John A. Mendez<br>Location: Courtroom 6, 14th Floor |

Having considered the Stipulation of the parties, and good cause appearing therefore, the Court hereby approves ST. CHRISTOPHER TRUCKERS DEVELOPMENT AND RELIEF FUND as the *cy pres* beneficiary of the class action Settlement in this action, and modifies paragraph 19 of the Final Approval Order *nunc pro tunc* as follows: the Settlement Administrator, Atticus Administration, LLC, shall send all funds associated with settlement checks that have not been cashed after the check cashing deadline to ST. CHRISTOPHER TRUCKERS DEVELOPMENT AND RELIEF FUND.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

DATED: 2/13/2019  /s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE